IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES A. SULLIVAN,<br><br>            Plaintiff,<br><br>vs.<br><br>YORK GENERAL HEALTH CARE SERVICES,<br><br>            Defendant. | **4:18CV3055**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED that the progression order is amended as follows:

1) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, a 9:00 a.m. on **March 30, 2020**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and other civil cases that may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **March 10, 2020** at **9:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on March 6, 2020.

3) The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is November 1, 2019. Motions to compel discovery under Rules 33, 34, and 36 must be filed by November 15, 2019
**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#))), are:

      For the plaintiff(s):       August 29, 2019.

      For the defendant(s):       September 30, 2019.

      Plaintiff(s)' rebuttal:       October 15, 2019

5) The deposition deadline is November 18, 2019.

6) The deadline for filing motions to dismiss and motions for summary judgment is November 25, 2019.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is November 25, 2019.

8) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

June 19, 2019.

                        BY THE COURT:

                        *s/ Cheryl R. Zwart*
                        United States Magistrate Judge