IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES A. SULLIVAN, <br><br> Plaintiff, <br><br> vs. <br><br> YORK GENERAL HEALTH CARE SERVICES, <br><br> Defendant. | 4:18CV3055 <br><br><br> **PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that the parties' Joint Motion to Continue Progression Order Dates (Filing No. 46) is granted. The final progression order is amended as follows:

1) The trial and pretrial conference settings are vacated and will not be reset at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **February 25, 2020** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) Motions to compel discovery under Rules 33, 34, and 36 must be filed by February 14, 2020

    **Note**: A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deposition deadline is February 18, 2020.

4) The deadline for filing motions to dismiss and motions for summary

judgment is February 28, 2020.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is February 28, 2020.

6) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 26th day of November, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge