IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES A. SULLIVAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>YORK GENERAL HEALTH CARE SERVICES,<br><br>　　　　　　Defendant. | 4:18CV3055<br><br>**PROGRESSION ORDER (AMENDED)** |

　　　　IT IS ORDERED that the parties' Joint Motion to Continue Progression Order dates ([Filing No. 51](#)) is granted. The final progression order is amended as follows:

1) The status conference set in Filing No. 47 will be held, as scheduled, on February 25, 2020 at 10:00 a.m., by telephone.

2) Motions to compel discovery under Rules 33, 34, and 36 must be filed by March 13, 2020.
   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge.

3) The deposition deadline is March 18, 2020.

4) The deadline for filing motions to dismiss or motions for summary judgment is not March 27, 2020.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is March 27, 2020.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require additional time be allowed.

Dated this 5th day of February, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge