IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES A. SULLIVAN,<br><br>    Plaintiff,<br><br>vs.<br><br>YORK GENERAL HEALTH CARE SERVICES,<br><br>    Defendant. | 4:18CV3055<br><br>**ORDER** |

The court conducted a settlement conference in the above-captioned case on June 15, 2020, and the parties reached a settlement. The parties have informed chambers that the settlement will be paid in installments, with the last installment due on or before January 21, 2022. Accordingly,

IT IS ORDERED:

1) The Clerk shall administratively close this case.

2) Within 30 days of Plaintiff's receipt of last installment payment, due on January 21, 2022, the parties shall file a joint stipulation for dismissal or other dispositive stipulation with the clerk of the court, together with submitting to the trial judge a draft order which will fully dispose of the case.

3) The parties shall notify the undersigned magistrate judge within 14 days following due date of any payment not received as scheduled.

4) The clerk shall set an internal case management deadline for February 22, 2022 stating: Check status of case dismissal.

Dated this 20th day of July, 2020.

                BY THE COURT:
                *s/ Cheryl R. Zwart*
                United States Magistrate Judge