IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES A. SULLIVAN,<br><br>        Plaintiff,<br><br>vs.<br><br>YORK GENERAL HEALTH CARE SERVICES,<br><br>        Defendant. | 4:18CV3055<br><br>**JUDGMENT** |

    Pursuant to the parties' Stipulation to Dismiss with Prejudice (Filing 60) and Federal Rule of Civil Procedure 41(a),

    JUDGMENT IS ENTERED providing that this case is dismissed with prejudice, each party to pay its own costs and attorneys' fees.

    Dated this 25th day of January 2022.

                                        BY THE COURT:

                                        *Richard G. Kopf*
                                        Richard G. Kopf
                                        Senior United States District Judge